AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Taylor | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-03046 (JSR) |
| Discovery, Inc., et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Discovery, Inc.      .

Date:    05/13/2021

s/ Jeremy Chase
*Attorney's signature*

Jeremy Chase
*Printed name and bar number*
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, NY 10020

*Address*

jeremychase@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*