# Exhibit 1

**From:** Martha Shaw <martha@earthadvertising.com>
**Date:** January 8, 2021 at 1:52:09 PM CST
**To:** Catherine Cooke <catherinencooke@hotmail.com>, devon@devonchivviscreative.com, Milbry Polk <milbry1@me.com>, Milbry Polk <mpolk@explorers.org>
**Subject: Fwd: sylvia earle PHOTO REQuESTS from Explorer's Club**

more photos from sylvia

Begin forwarded message:

> **From:** Sean Molloy <smolloy@mission-blue.org>
> **Date:** January 8, 2021 at 10:16:29 AM PST
> **To:** MARTHA SHAW <martha@earthadvertising.com>
> **Cc:** Brett Loveman <BLoveman@mission-blue.org>, Laura Cassiani <lcassiani@mission-blue.org>
> **Subject: Re: PHOTO REQuESTS from Explorer's Club**
>
> Hi Brett and Martha,
>
> I have uploaded the few clips I could find that may fit the criteria. I have added them under the same dropbox folder as the photos that Brett shared under "Video Clips."
>
> Best,
> Sean
>
> On Thu, Jan 7, 2021 at 4:28 PM MARTHA SHAW <martha@earthadvertising.com> wrote:
>> Thank you— a great help!
>> Happy New Year, Brett. Hope to see you under the sea soon.
>> Martha
>>
>>> On Jan 7, 2021, at 2:35 PM, Brett Loveman <bloveman@mission-blue.org> wrote:
>>>
>>> Hi Martha,
>>>
>>> I hope this email finds you well! Please find here a wealth of photography for you to choose from. Tons of goodies in there!
>>>
>>> Sean, copied, is looking to see if we have any footage that meets the mark. Thank you,
>>>
>>> Brett
>>>
>>> **Brett Loveman**
>>> Director of Communications

2



P.O. Box 6882
Napa, California 94581
bloveman@mission-blue.org

Begin forwarded message:

**From:** MARTHA SHAW <martha@earthadvertising.com>
**Subject: EC WOMEN FILM/PHOTO & VIDEO NEEDS - let me know if I can help**
**Date:** January 6, 2021 at 12:39:25 PM PST
**To:** Catherine Cooke <catherinencooke@hotmail.com>
**Cc:** Sylvia Earle <saearlesaearle@gmail.com>, Sylvia Earle <saearle@gmail.com>, Laura Cassiani <lcassiani@mission-blue.org>

Sylvia, it's Martha. Let me know if I can help you get the photos and footage together.
MISS YOU, Martha


On Jan 6, 2021, at 10:30 AM, Catherine Cooke <catherinencooke@hotmail.com> wrote:

> Dear Sylvia,
> Happy 2021...and thank you again for such a wonderful interview last month. As promised, here is a list of images that we would like to use in the film we are producing, as well as in upcoming print articles and (hopefully) other media promotion of women in exploration that will occur during this 40th anniversary year celebrating our first EC women.
> I know the Club has MANY images of you, and we had hoped to avoid asking you for additional ones. Unfortunately because of Covid-19, accessing them remotely has proven a challenge (and our archivist is currently a victim of the virus, slowly recovering). Knowing you are wrapping up your new *Atlas of the Oceans*, I send huge apologies for any inconvenience...and will be happy to work with anyone on your team (Liz?) to help secure them. **THE BAD NEWS IS WE NEED THEM BY JANUARY 18 SO THE EDITOR CAN START WORKING....please don't hate me☺!**
>
> **SUGGESTION FOR IMAGES** (Stills and/or video...and we certainly don't need ALL of these....they are just suggestions that capture what we talked about on 12/8):
>
> - A couple of favorite stills of just you....both in underwater action and in your various

3

- leadership roles (NOAA, the deep-sea equipment companies you founded, NGS)
- One or two of you as a youngster, exploring the New Jersey woods or shore, or on the beach as a teenager in Florida….these would be special 😊, but maybe hard to find?
- Photo making your JIM suit dive in 1979
- Receiving your Lowell Thomas Award (any with Carl Sagan or Charles Brush?)
- Early expeditions with mostly male colleagues (Indian Ocean? Tektite?)
- Hero of the Planet…or Rolex Hero?
- In action with school kids in Monterrey Bay (maybe some video?)
- One of you with your children….carrying on the legacy, as you discussed so well!
- Founding of Mission Blue
- Any video of a particularly beautiful dive amongst the creatures of the deep
- Any other images that you would like included

**I hope all of this is not too daunting! Again, you are a treasure and we thank you.**
**Catherine**
Catherine Nixon Cooke (210-601-3702)

Martha Shaw
martha@earthadvertising.com
617-921-9552

Founder, Earth Advertising
Promoting ocean/earth-friendly businesses.


Martha Shaw
martha@earthadvertising.com
617-921-9552

Founder, Earth Advertising
Promoting ocean/earth-friendly businesses.


--
**Sean Molloy**
*Digital Content Manager*
smolloy@mission-blue.org

4

PO Box 2426
PMB #81
Carmel, CA 93921-2426
(518) 210-1986

https://mission-blue.org/



--
Lacey Flint
Archivist and Curator of Research Collections
The Explorers Club
46 East 70th Street
New York, NY 10021
212-628-8383 ext. 28