UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY TAYLOR,<br><br>   Plaintiff,<br><br>v.<br><br>DISCOVERY, INC. and<br>THE EXPLORERS CLUB,<br><br>   Defendants,<br>and<br><br>THE EXPLORERS CLUB,<br><br>   Third-Party Plaintiff,<br>v.<br><br>SYLVIA EARLE and THE SYLVIA EARLE<br>ALLIANCE d/b/a MISSION BLUE,<br><br>   Third-Party Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Civil Action No. 1:21-cv-03046-JSR |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to a confidential settlement agreement, the above-captioned action is voluntarily dismissed with prejudice against the defendants and third-party defendants. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Each party to bear its own costs and attorneys' fees.

Date: September 1, 2021

Respectfully submitted,

**Barclay Damon LLP**

By: */s/ Michael A. Oropallo*
    Michael A. Oropallo
    Lauren J. Wachtler
    1270 6th Avenue Suite 501
    New York, New York 10020
    Telephone: (315) 425-2831
    Facsimile: (315) 703-7367
    moropallo@barclaydamon.com

*Attorneys for Plaintiff Timothy Taylor*

**Thompson Coburn LLP**

By: */s/ Michael L. Nepple*
    Michael L. Nepple – *pro hac vice*
    mnepple@thompsoncoburn.com
    Thompson Coburn LLP
    One US Bank Plaza
    St. Louis, Missouri 63101-1611
    (314) 552-6000

*Attorney for Defendant and Third-Party Plaintiff The Explorers Club*

**Davis Wright Tremaine LLP**

By: */s/ Jeremy A. Chase*
    Jeremy A. Chase
    Davis Wright Tremaine LLP
    1251 Avenue of the Americas, 21st Floor
    New York, New York 10020
    jeremychase@dwt.com
    (212) 489-8230

*Attorney for Defendant Discovery, Inc.*