UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY TAYLOR,<br><br>        Plaintiff,<br>v.<br><br>DISCOVERY, INC. and<br>THE EXPLORERS CLUB,<br><br>        Defendants,<br>and<br><br>THE EXPLORERS CLUB,<br><br>        Third-Party Plaintiff,<br>v.<br><br>SYLVIA EARLE and THE SYLVIA EARLE<br>ALLIANCE d/b/a MISSION BLUE,<br><br>        Third-Party Defendants. | STIPULATION OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(ii)<br><br>Civil Action No. 1:21-cv-03046-JSR |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

## WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to a confidential settlement agreement, the above-captioned action is voluntarily dismissed with prejudice against the defendants and third-party defendants. ~~The Court shall retain jurisdiction to enforce the terms of the settlement agreement.~~ [initialed]

Each party to bear its own costs and attorneys' fees.

Date: September 1, 2021

SO ORDERED
*/s/ Jed S. Rakoff*
USDJ
9-9-21

Respectfully submitted,

                        **Barclay Damon LLP**

By: _____
Michael A. Oropallo
Lauren J. Wachtler
1270 6th Avenue Suite 501
New York, New York 10020
Telephone: (315) 425-2831
Facsimile: (315) 703-7367
moropallo@barclaydamon.com

*Attorneys for Plaintiff Timothy Taylor*

                        **Thompson Coburn LLP**

By: _____
Michael L. Nepple – *pro hac vice*
mnepple@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101-1611
(314) 552-6000

*Attorney for Defendant and Third-Party Plaintiff The Explorers Club*

                        **Davis Wright Tremaine LLP**

By: _____
Jeremy A. Chase
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
jeremychase@dwt.com
(212) 489-8230

*Attorney for Defendant Discovery, Inc.*