UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVERY, INC. and THE EXPLORERS CLUB, <br><br> Defendants, <br> and <br><br> THE EXPLORERS CLUB, <br><br> Third-Party Plaintiff, <br> v. <br><br> SYLVIA EARLE and THE SYLVIA EARLE ALLIANCE d/b/a MISSION BLUE, <br><br> Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **STIPULATION OF VOLUNTARY** <br> ) **DISMISSAL PURSUANT TO** <br> ) **F.R.C.P. 41(a)(1)(A)(ii)** <br> ) <br> ) <br> ) Civil Action No. 1:21-cv-03046-JSR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to a confidential settlement agreement, the above-captioned action is voluntarily dismissed with prejudice against the defendants and third-party defendants. ~~The Court shall retain jurisdiction to enforce the terms of the settlement agreement.~~

Each party to bear its own costs and attorneys' fees.

Date: September 1, 2021

SO ORDERED

_/s/ Jed S. Rakoff_
USDJ
9-9-21

Respectfully submitted,

**Barclay Damon LLP**

By: _____
Michael A. Oropallo
Lauren J. Wachtler
1270 6th Avenue Suite 501
New York, New York 10020
Telephone: (315) 425-2831
Facsimile: (315) 703-7367
moropallo@barclaydamon.com

*Attorneys for Plaintiff Timothy Taylor*

**Thompson Coburn LLP**

By: _____
Michael L. Nepple – *pro hac vice*
mnepple@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101-1611
(314) 552-6000

*Attorney for Defendant and Third-Party Plaintiff The Explorers Club*

**Davis Wright Tremaine LLP**

By: _____
Jeremy A. Chase
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
jeremychase@dwt.com
(212) 489-8230

*Attorney for Defendant Discovery, Inc.*